1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROSA EMMA VILLEGAS,                          No.  2:24-cv-00908 AC

12                        Plaintiff,               ORDER GRANTING IFP AND
                                                   DIRECTING ISSUANCE OF CASE
13              v.                                 SCHEDULE

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                        Defendant.
16

17

18          Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  See

19    28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

20    security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the

21    required affidavit, which demonstrates an inability to prepay fees and costs or give security for

22    them.  Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma

23    pauperis (ECF No. 2) is GRANTED.

24    ////

25    ////

26    ////

27    
      ───────────────────────
28    [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
      pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

                                                    1

1    Because this case was transferred into this district, service has already been completed and

2    defendant has appeared; the court finds no further service is necessary.  The Clerk of Court is

3    DIRECTED to issue a scheduling order in this case.

4         IT IS SO ORDERED.

5    DATED: April 3, 2024

6    _____
     ALLISON CLAIRE

7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28