Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-8868
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ROSA EMMA VILLEGAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA EMMA VILLEGAS | ) Case No.: 2:24-cv-00908-AC |
|       Plaintiff, | ) STIPULATION TO EXTEND TIME |
| v. | ) TO FILE MOTION FOR SUMMARY |
| | ) MOTION |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) (FIRST REQUEST) |
| | ) |
|       Defendant. | ) |

TO THE COURT:

Plaintiff Rosa Emma Villegas and Defendant Martin O'Malley, Commissioner of Social Security, by and through their attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from June 2, 2024 to July 10, 2024 for Plaintiff to file her Motion for Summary Judgment, with all other dates extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff's counsel was ill with a covid like flu until this week and is scheduled for a pilgrimage May 21, 2024, to June 3, 2024.

1  Counsel has been working on motions and hearings previously scheduled;

2  however, she must respectfully request continuance of this and in one other matter.

3  Counsel is requesting a longer continuance due to the seven hearings scheduled

4  immediately upon counsel's return with three the following week. Counsel is

5  working diligently and makes this request in good faith and in the best effort to

6  manage her caseload.

7         The parties request that the briefing schedule be modified as follows:

8  Plaintiff will file her Motion for Summary Motion by July 10, 2024. Defendant

9  will file her Cross-Motion by August 9, 2024. Plaintiff may file any optional reply

10  within 14 days of the service of the Commissioner's Cross-Motion. The parties

11  make this request in good faith with no intention to unduly delay the proceedings

12  DATE: May 15, 2024          Respectfully submitted,

13                              LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

14                                   /s/   *Denise Bourgeois Haley*[1]

15                        BY: _____
                              Denise Bourgeois Haley
16                            Attorney for plaintiff Ms. Rosa Emma Villegas

17

18

19

20

21

22

23  //

24

25  _____

26  //

-2-

1    DATE:  May 16, 2024            PHILLIP TALBERT
                                    United States Attorney
2                                   MATHEW W. PILE
                                    Associate General Counsel
3                                   Social Security Administration

4

5                                   /s/ *Justin L. Martin*

6                             BY:_____
                                    Justin L. Martin
7                                   Special Assistant United States Attorney
                                    Attorneys for defendant Martin O'Malley,
8                                   Commissioner of Social Security
                                    |*authorized by e-mail|
9

10

11

12

13

14          **IT IS SO ORDERED.**

15   DATE: May 20, 2024

16                              _____
                                ALLISON CLAIRE
17                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24   [1] Counsel for the plaintiff attests that all other signatories listed, and on whose
     behalf the filing is submitted, concur in the filing's content and have authorized the
25   filing.

26