Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-8868
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ROSA EMMA VILLEGAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA EMMA VILLEGAS, | Case No.: 2:24-cv-00908-AC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY MOTION |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | (SECOND REQUEST) |
| Defendant. | |

TO THE COURT:

Plaintiff Rosa Emma Villegas and Defendant Martin O'Malley, Commissioner of Social Security, by and through their attorneys, stipulate, subject to this court's approval, to extend the time from July 10, 2024 to July 26, 2024, for Plaintiff to file her Motion for Summary Judgment, with all other dates extended accordingly.  This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

///

1  Counsel respectfully requests this last continuance because counsel was called out
2  of town unexpectedly on a family issue and while she is able to complete one
3  motion before she leaves, three motions are due on the three days she will be away.
4  Counsel will address this motion immediately upon her return on Tuesday July 16,
5  2024. Counsel makes this request in good faith. Counsel has and will continue to
6  work diligently to complete this motion as soon as she returns. Counsel will not
7  seek any further extensions.
8      The parties request that the briefing schedule be modified as follows:
9  Plaintiff will file her Motion for Summary Motion by July 26, 2024. Defendant
10 will file her Cross-Motion by August 26, 2024. Plaintiff may file any optional
11 reply within 14 days of the service of the Commissioner's Cross-Motion. The
12 parties make this request in good faith with no intention to unduly delay the
13 proceedings
14 DATE: July 9, 2024             Respectfully submitted,
15                                LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
16                                        /s/  *Denise Bourgeois Haley*[1]
17                            BY: _____
                                   Denise Bourgeois Haley
18                                 Attorney for plaintiff Ms. Rosa Emma Villegas
19
20
21
22
23 //

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

DATE:  July 9, 2024

PHILLIP TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration


*/s/ Justin L. Martin*

BY: _____
Justin L. Martin
Special Assistant United States Attorney
Attorneys for defendant Martin O'Malley,
Commissioner of Social Security
|*authorized by e-mail|

**IT IS SO ORDERED.**

DATED:  July 10, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-00908-AC**

I hereby certify that I electronically filed the foregoing with the Clerk of the 7Court for this court by using the CM/ECF system on July 9, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*
_____

Denise Bourgeois Haley
Attorneys for Plaintiff