PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (303) 844-6232
        E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA EMMA VILLEGAS,<br><br>              Plaintiff,<br><br>     vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>              Defendant. | Case No.: 2:24-cv-00908-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from August 26, 2024, up to and including September 25, 2024.  This is the Defendant's first request for an extension.

This matter was assigned on August 1, 2024.  Defendant's undersigned counsel's parents have been dealing with medical issues since Saturday, August 17, 2024.  One of them required hospitalization, while the other was required to isolate.  Defendant's undersigned counsel spent

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

significant time assisting them over the last week.  Defendant's undersigned counsel was also out of the office on preapproved leave on August 23, 2024.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  August 24, 2024

/s/ _Laura E. Krank*_
(*as authorized via e-mail on August 23, 2024)
LAURA E. KRANK
Attorney for Plaintiff

Dated:  August 4, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:     /s/ _Noah Schabacker_
NOAH SCHABACKER
Special Assistant U.S. Attorney

Attorneys for Defendant


**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 25, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: August 26, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:24-CV-00908-AC                    2