1 | Laura E. Krank
2 | Attorney at Law: 220208
  | Law Offices of Lawrence D. Rohlfing, Inc., CPC
3 | 12631 East Imperial Highway Suite C-115
  | Santa Fe Springs, CA 90670
4 | Tel.: (562) 868-5886
  | Fax: (562) 868-8868
5 | E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Rosa Emma Villegas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA EMMA VILLEGAS, | Case No.: 2:24-cv-00908-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Rosa Emma Villegas ("Villegas") be awarded attorney fees and expenses in the amount of SIX THOUSAND FIVE HUNDRED dollars ($6,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal

-1-

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Villegas, the government will consider the matter of Villegas's assignment of EAJA fees to Laura E. Krank. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Villegas, but if the Department of the Treasury determines that Villegas does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Villegas.[1] Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Villegas's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Villegas and/or Laura E. Krank including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: April 15, 2025    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Laura E. Krank*[2]
Laura E. Krank
Attorney for plaintiff Rosa Emma Villegas

DATED: April 15, 2025    MICHELE BECKWITH
ACTING United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

/s/ *Noah Schabacker*

NOAH SCHABACKER
Special Assistant United States Attorney
Attorneys for Defendant
LELAND DUDEK, Acting Commissioner of Social Security (Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-

**ORDER**

Approved and so ordered:

DATE: April 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE